United States District Court
Southern District of Texas
**ENTERED**
January 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MICHAEL DONRELL PRUITT § | |
| § | |
| VS. § | |
| § | MISC. ACTION NO. 7:16-MC-01007 |
| KRISTOPHER HUERTA, *et al.* § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff Michael Donnell Pruitt's civil rights action pursuant to 42 U.S.C. § 1983, which had been referred to the Magistrate Court for a report and recommendation. On October 19, 2020, the Magistrate Court issued the Report and Recommendation, recommending that this action be dismissed. The time for filing objections has passed and no objections have been filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error.[1] Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, it is hereby ORDERED that Plaintiff's § 1983 civil rights action is **DISMISSED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 13th day of January, 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] As noted by the Fifth Circuit, "[t]he advisory committee's note to Rule 72(b) states that, '[w]hen no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Douglas v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1420 (5th Cir. 1996) (quoting Fed. R. Civ. P. 72(b) advisory committee's note (1983)) superceded by statute on other grounds by 28 U.S.C. § 636(b)(1), as stated in ACS Recovery Servs., Inc. v. Griffin, No. 11-40446, 2012 WL 1071216, at *7 n.5 (5th Cir. Apr. 2, 2012).